## UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

PJC Logistics, LLC,                                **CLERK'S ENTRY OF DEFAULT**

                Plaintiff(s)         Case Number:   11-2550 DWF/SER

v.

AAA Cooper Transportation, et al.,

                Defendant(s)

It appearing that defendant(s) Cypress Truck Lines is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

    **DEFAULT IS HEREBY ENTERED** against

        CYPRESS TRUCK LINES

this 23rd day of September, 2011.

                                  RICHARD D. SLETTEN, CLERK

                                  s/Rena L. Riemer

                    (By)   Rena Lexvold Riemer,   Deputy Clerk

Form Modified 06/28/04