## UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

| | |
|---|---|
| PJC Logistics, LLC, | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff(s) | Case Number:   11-2550 DWF/SER |
| v. | |
| AAA Cooper Transportation, et al., | |
| Defendant(s) | |

It appearing that defendant(s) Jackson Trucking is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

    **DEFAULT IS HEREBY ENTERED** against

    JACKSON TRUCKING

this 23rd day of September, 2011.

    RICHARD D. SLETTEN, CLERK

    s/Rena L. Riemer

(By)   Rena Lexvold Riemer,   Deputy Clerk

Form Modified 06/28/04