## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:  VEHICLE TRACKING AND SECURITY SYTEM ('844) PATENT LITIGATION | MDL No. 2249 |
| PJC LOGISTICS, LLC,<br><br>                                Plaintiff,<br><br>vs.    Civil Action No.: 11-2550 DWF/SER<br><br>AAA COOPER TRANSPORTATION, et al.<br><br>                                Defendants. | **UNOPPOSED MOTION TO VACATE DEFAULT JUDGMENT** |

Defendant Cypress Truck Lines, Inc. ("Cypress") hereby moves the Court to vacate the default judgment entered by the Clerk on September 23, 2011 (Doc. No. 48). Cypress mistakenly believed that counsel for one of its suppliers would be representing it in this case, but the supplier settled and was dismissed from the case. Cypress has now obtained counsel, and will Answer plaintiff's Complaint in accordance with the schedule for Answers agreed to by Plaintiff and all other defendants. Plaintiff does not oppose this motion to vacate the default.

Dated: September 26, 2011 FISH & RICHARDSON P.C.

By: /s/ Michael E. Florey
Michael E. Florey (MN # 0214322)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696
florey@fr.com

Attorney for CYPRESS TRUCK LINES, INC.

60726917.doc