# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYTEM ('844) PATENT LITIGATION | MDL No. 2249 |
| PJC LOGISTICS, LLC,<br><br>Plaintiff,<br><br>vs.   Civil Action No.: 11-2550 DWF/SER<br><br>AAA COOPER TRANSPORTATION, et al.<br><br>Defendants. | **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that Defendant Cypress Truck Lines, Inc. ("Cypress") hereby moves the Court for entry of an order to vacate the default judgment entered by the Clerk on September 23, 2011 (Doc. No. 48). Cypress's Unopposed Motion to Vacate Default Judgment is being filed simultaneously and its proposed order is being e-mailed to Magistrate Judge Rau and opposing counsel. No hearing is requested on this matter.

Dated: September 26, 2011

FISH & RICHARDSON P.C.

By: /s/ Michael E. Florey
Michael E. Florey (MN # 0214322)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696
florey@fr.com

Attorney for CYPRESS TRUCK LINES, INC.

60726925.doc