**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT MINNESOTA**

IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION

MDL NO. 11-2249

PJC LOGISTICS, LLC,

      Plaintiff

vs.

AAA COOPER TRANSPORTATION, INC., et al

      Defendants.

Case No. 0:11-cv-02550-DWF-SER

(Transferred from the Middle District of Florida, Civil Action No. 3:11-cv-00301-UAMH-TEM)

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

    Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant The Suddath Companies has not yet answered the Complaint. Accordingly, PJC Logistics voluntarily dismisses The Suddath Companies without prejudice pursuant to Rule 41(a)(1).

    Respectfully submitted September 26, 2011.

/s/ Steven R. Daniels
Steven R. Daniels
(*Admitted Pro Hac Vice*)
Farney Daniels, LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX  78626-5845
Telephone:    512-582-2820
Facsimile:     512-733-3623
sdaniels@farneydaniels.com

AND

Brian R. Gilchrist, FL Bar #774065
bgilchrist@addmg.com
**ALLEN, DYER, DOPPELT
   MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:    (407) 841-2330
Facsimile:     (407) 841-2343

AND

R. Mark Dietz
(*Admitted Pro Hac Vice*)
rmdietz@lawdietz.com
DIETZ & JARRARD, P.C.
106 Fannin Avenue East
Round Rock, TX 78664
Telephone:    512-244-9314
Facsimile:     512-244-3766

*Attorneys for Plaintiff,
PJC LOGISTICS, LLC*
