**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AAA COOPER TRANSPORTATION, INC., *et al.*,<br><br>        Defendants. | **Case No. 0:11-cv-02550-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF ARMELLINI EXPRESS LINES, INC. WITH PREJUDICE** |

  Plaintiff PJC Logistics, LLC hereby dismisses Defendant Armellini Express Lines, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

                   */s/ Steven R. Daniels*
                   Steven R. Daniels
                   (Admitted *Pro Hac Vice*)
                   Farney Daniels LLP
                   800 S. Austin Avenue, Suite 200
                   Georgetown, TX 78626-5845
                   Telephone: 512-582-2820
                   Facsimile: 512-733-3623
                   sdaniels@farneydaniels.com

                   **Attorneys for Plaintiff
                   PJC Logistics, LLC**