**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>AAA COOPER TRANSPORTATION, INC., *et al.*,<br><br>               Defendants. | **Case No. 0:11-cv-02550-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF KENNESAW TRANSPORTATION, INC. WITH PREJUDICE** |

      Plaintiff PJC Logistics, LLC hereby dismisses Defendant Kennesaw Transportation, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

                                                   */s/ Steven R. Daniels*
                                                   Steven R. Daniels
                                                   (Admitted *Pro Hac Vice)*
                                                   Farney Daniels LLP
                                                   800 S. Austin Avenue, Suite 200
                                                   Georgetown, TX  78626-5845
                                                   Telephone: 512-582-2820
                                                   Facsimile: 512-733-3623
                                                   sdaniels@farneydaniels.com

                                                   **Attorneys for Plaintiff**
                                                   **PJC Logistics, LLC**