**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>AAA COOPER TRANSPORTATION, INC., *et al.*,<br><br>                        Defendants. | **Case No. 0:11-cv-02550-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF COMCAR INDUSTRIES, INC. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Comcar Industries, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 14, 2011.

                                                  */s/ Steven R. Daniels*
                                                  Steven R. Daniels
                                                  (Admitted *Pro Hac Vice)*
                                                  Farney Daniels LLP
                                                  800 S. Austin Avenue, Suite 200
                                                  Georgetown, TX  78626-5845
                                                  Telephone: 512-582-2820
                                                  Facsimile: 512-733-3623
                                                  sdaniels@farneydaniels.com

                                                  **Attorneys for Plaintiff**
                                                  **PJC Logistics, LLC**