**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>AAA COOPER TRANSPORTATION, INC., *et al.*,<br><br>                              Defendants. | **Case No. 0:11-cv-02550-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF INDIAN RIVER TRANSPORT CO. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Indian River Transport Co. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 14, 2011.

>                    */s/ Steven R. Daniels*
>                    Steven R. Daniels
>                    (Admitted *Pro Hac Vice*)
>                    Farney Daniels LLP
>                    800 S. Austin Avenue, Suite 200
>                    Georgetown, TX  78626-5845
>                    Telephone: 512-582-2820
>                    Facsimile: 512-733-3623
>                    sdaniels@farneydaniels.com
>
>                    **Attorneys for Plaintiff
>                    PJC Logistics, LLC**