# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PJC LOGISTICS, LLC,           **NOTICE OF APPEARANCE**

    Plaintiff(s)           Case No:      3:11-cv-2550-DWF-SER

v.

AAA COOPER TRANSPORTATION, INC., *et al.*

    Defendant(s)

---

The undersigned attorney hereby notifies the Court and counsel that William E. Bradley shall appear as counsel of record for Defendant Ryder System, Inc. in this case.

Dated: 10/17/11

*/s/ W.S. Bradley*
William E. Bradley
ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
1300 19th Street, NW
Suite 600
Washington, DC 20036
(202) 659-9076
wbradley@roylance.com

**Attorneys for Defendant Ryder System, Inc.**