# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PJC LOGISTICS, LLC,                                **NOTICE OF APPEARANCE**

    Plaintiff(s)                                Case No:   3:11-cv-2550-DWF-SER

v.

AAA COOPER TRANSPORTATION, INC., *et al.*

    Defendant(s)

---

The undersigned attorney hereby notifies the Court and counsel that Alfred N. Goodman shall appear as counsel of record for Defendant Ryder System, Inc. in this case.

Dated: Oct. 17, 2011

_____
Alfred N. Goodman
ROYLANCE, ABRAMS, BERDO
& GOODMAN, LLP
1300 19th Street, NW
Suite 600
Washington, DC 20036
(202) 659-9076
wbradley@roylance.com

**Attorneys for Defendant Ryder System, Inc.**