**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION _____/ | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC,                 Plaintiff vs. AAA COOPER TRANSPORTATION, INC.; ALLIED AUTOMOTIVE GROUP, INC.; ALLIED HOLDINGS, INC.; ARMELLINI EXPRESS LINES, INC.; ARNOLD TRANSPORTATION SERVICES, INC.; BOYD BROS. TRANSPORTATION, INC.; BYNUM TRANSPORT; CANNON EXPRESS, INC.; THE COCA-COLA COMPANY; COMCAR INDUSTRIES, INC.; CYPRESS TRUCK LINES, INC.; EAGLE MOTOR LINES, LLC; FLORIDA ROCK AND TANK LINES, INC.; INDIAN RIVER TRANSPORT CO.; JACKSON TRUCKING COMPANY, INC.; KENNESAW TRANSPORTATION, INC.; LANDSTAR SYSTEM, INC.; MCI EXPRESS, INC.; MCKENZIE TANK LINES, INC.; QUALITY DISTRIBUTION, INC.; RYDER SYSTEM, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHERN CAL TRANSPORT, INC.; THE SUDDATH COMPANIES; TRUCKS, INC.; and UNITED PARCEL SERVICE, INC. (UPS).                 Defendants. | Case No. 0:11-cv-02550-DWF-SER (Transferred from the Middle District of Florida, Civil Action No. 3:11-cv-0301-J-37TEM) **ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, PJC LOGISTICS, LLC** |

1

### ALLEN, DYER, DOPPELT, MILBRATH & GILCRIST'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, PJC LOGISTICS, LLC

COMES NOW the firm of Allen, Dyer, Doppelt, Milbrath & Gilchrist, Professional Association, by and through its undersigned attorney, and files this Motion to Withdraw as Counsel for Plaintiff, PJC LOGISTICS, LLC, (hereinafter "PJC"), and in support, would show the Court as follows:

1. Allen, Dyer, Doppelt, Milbrath & Gilchrist, Professional Association was retained to represent Plaintiff, PJC Logistics, LLC, as local counsel on behalf of the Law firms of Dietz & Jarrard, and Farney Daniels, LLP, when the instant action was pending in the Middle District of Florida, Jacksonville Division.

2. This matter has since been transferred to the U.S. District Court for the District of Minnesota. The transfer has eliminated the need for Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., to act as local counsel

3. Plaintiff will continue to be represented by the Dietz & Jarrard and Farney Daniels, LLP, firms.

WHEREFORE, Allen, Dyer, Doppelt, Milbrath & Gilchrist, Professional Association, prays this Honorable Court will grant its Motion to Withdraw as Counsel for Plaintiff, PJC LOGISTICS, LLC, and such other and further relief as the Court deems just and proper.

Respectfully submitted October 21, 2011.

          */s/Brian R. Gilchrist*
          Brian R. Gilchrist, FL Bar #774065
          bgilchrist@addmg.com
          **ALLEN, DYER, DOPPELT**
            **MILBRATH & GILCHRIST, P.A.**
          255 South Orange Avenue, Suite 1401
          Post Office Box 3791
          Orlando, FL  32802-3791
          Telephone:   (407) 841-2330
          Facsimile:   (407) 841-2343

          **Attorneys for Plaintiff,**
          PJC LOGISTICS, LLC