IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844 PATENT LITIGATION) | MDL NO. 11-2249 |
| PJC LOGISTICS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AAA Cooper Transportation, Inc., *et al.*<br><br>Defendants. | Civil No. 0:11-cv-02550-DWF-SER |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, United Parcel Service, Inc. ("UPS") and the Coca-Cola Company ("Coca-Cola") submit this Corporate Disclosure Statement. Both UPS and Coca-Cola are publically - traded companies; no company owns 10% or more of either company.

Dated: November 4, 2011

By: s/ Dennis C. Bremer
Dennis C. Bremer (MN # 299,182)
James R. Hietala, Jr. (MN# 386,755)
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
(612) 436-9614
dbremer@ccvl.com
jhietala@ccvl.com

1

OF COUNSEL:

Robert L. Lee (GA# 443978)
Matthew W. Howell (GA# 607080)
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
bob.lee@alston.com
matthew.howell@alston.com

*Counsel for Defendants UPS, Inc. and The Coca-Cola Company*