IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844 PATENT LITIGATION) | MDL NO. 11-2249 |
|---|---|
| PJC LOGISTICS, LLC<br><br>Plaintiff,<br><br>v.<br><br>AAA Cooper Transportation, Inc., *et al.*<br><br>Defendants. | Civil No. 0:11-cv-02550-DWF-SER |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 24, 2012 at 2:00 p.m. CST, before the Honorable Judge Donovan W. Frank, U.S. District Judge of Minnesota, Courtroom 7C, United States Courthouse, 316 North Robert Street, St. Paul, MN 55101, Defendants UPS, Inc. and The Coca-Cola Company, will move the Court for an Order on its Motion to Dismiss.

Dated: November 4, 2011

By: s/ Dennis C. Bremer
Dennis C. Bremer (MN # 299,182)
James R. Hietala, Jr. (MN# 386,755)
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
(612) 436-9614
dbremer@ccvl.com
jhietala@ccvl.com

OF COUNSEL:

Robert L. Lee (GA# 443978)
Matthew W. Howell (GA# 607080)
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309
(404) 881-7000
bob.lee@alston.com
matthew.howell@alston.com

*Counsel for Defendants UPS, Inc. and
The Coca-Cola Company*