UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 |
| PJC LOGISTICS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AAA COOPER TRANSPORTATION, INC., *et al.*,<br><br>        Defendants. | No. 11-cv-2550 (DWF/SER) |

**NOTICE OF WITHDRAWAL**

    PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), Douglas J. Williams, Felicia J. Boyd, Niall A. MacLeod, Aaron A. Myers, David B. Weinstein, Evan R. Chesler, Keith R. Hummel and James E. Canning hereby withdraw as counsel for defendants Eagle Motor Lines, LLC, Ryder System, Inc., Southern Cal Transport, Inc., The Coca-Cola Company and United Parcel Service, Inc. Eagle Motor Lines, LLC and Southern Cal Transport, Inc. will continue to be represented by Michael E. Florey. Ryder System, Inc. will continue to be represented by William E. Bradley and Alfred N. Goodman. The Coca-Cola Company and United Parcel Service, Inc. will continue to be represented by Dennis C. Bremer, James R. Hietala, Jr., Robert L. Lee and Matthew W. Howell.

Dated: November 21, 2011

BARNES & THORNBURG LLP,

s/ Douglas J. Williams
Douglas J. Williams (#117353)
Felicia J. Boyd (#186168)
Niall A. MacLeod (#269281)
Aaron A. Myers (#311959)
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4661
doug.williams@btlaw.com
felicia.boyd@btlaw.com
niall.macleod@btlaw.com
aaron.myers@btlaw.com
(612) 333-2111

OF COUNSEL:

Evan R. Chesler
Keith R. Hummel
James E. Canning
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
echesler@cravath.com
khummel@cravath.com
jcanning@cravath.com
(212) 474-1000

*Attorneys for Defendants Eagle Motor Lines, LLC, Ryder System, Inc., Southern Cal Transport, Inc., The Coca-Cola Company and United Parcel Service, Inc.*

2