# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO.  11-2249 |

PJC LOGISTICS, LLC,

                Plaintiff

vs.

AAA COOPER TRANSPORTATION, INC., *et al.*

                Defendants.

Civil Case No. 0:11-cv-2550-DWF-SER

**JURY TRIAL DEMANDED**

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), William E. Bradley and Alfred N. Goodman hereby withdraw as counsel for Defendant Ryder System, Inc.  Ryder System, Inc. will continue to be represented by Steven G. Hill.

Dated:  January 25, 2012

/s/ William E. Bradley
William E. Bradley
463695 DC
Alfred N. Goodman
5058 DC
ROYLANCE, ABRAMS, BERDO & GOODMAN, LLP
1300 19th Street, NW
Suite 600
Washington, DC 20036
(202) 659-9076
wbradley@roylance.com

**Attorneys for Defendant Ryder System, Inc.**

1